

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLOBAL POWER SOLUTIONS, INC.** | : | **10    1856** |
| | : No. _____ | |
| and | : | |
| **MERCURY MANAGEMENT, INC.** | : | |
| v. | : | |
| **JOSEPH J. SZLAVIK** | : | |

| | | |
|---|---|---|
| **GLOBAL POWER SOLUTIONS, INC.** | : IN THE COURT OF COMMON PLEASE OF | |
| | : PHILADELPHIA COUNTY, PENNSYLVANIA | |
| | : March 2010 No. 006480 | |
| and | : | |
| **MERCURY MANAGEMENT, INC.** | : | |
| v. | : | |
| **JOSEPH J. SZLAVIK** | : | |

### NOTICE OF REMOVAL

To the Honorable, the Judges of the United States District Court for the Eastern District of Pennsylvania:

Defendants, Mercury Management, Inc. and Joseph J. Szlavik, by and through their attorneys, Adam Sager, Esquire and Sager & Sager Associates, hereby remove the above-captioned case to this Honorable Court and provide

April 23, 2010

notice of the same to counsel representing plaintiff. In support of the removal, the defendants aver as follows:

1. That on April 1, 2010, plaintiff filed a Complaint in the Court of Common Pleas of Philadelphia County at Term March 2010 No. 006480 against defendants, Mercury Management, Inc. and Joseph J. Szlavik, a copy of which is attached hereto and marked as Exhibit "A".

2. That plaintiff, upon information and belief, is a corporation existing and incorporated under the laws of the State of Delaware. Plaintiff has misrepresented that plaintiff has a business located in the State of New Jersey and/or has been incorporated in the State of New Jersey.

3. That defendant, Mercury Management, Inc., is a corporation existing and incorporated under the laws of the Commonwealth of Pennsylvania with its principle place of business located in the Commonwealth of Pennsylvania.

4. That defendant, Joseph J. Szlavik, is a citizen of the Commonwealth of Pennsylvania.

5. That this civil action arises out of, inter alia, alleged violations of a limited liability company agreement.

6. Based upon the allegations in the Complaint, defendants reasonably believe that the amount in controversy is in excess of the jurisdictional limit of $75,000 and that jurisdiction is therefore based upon the diversity of citizenship of the parties.

April 23, 2010                                                                                          2

7. These allegations include claims for declaratory judgment, intentional interference with present and prospective business relations, breach of fiduciary duty, conversion, and injunctive relief.

8. The value of the alleged rights, which plaintiff seeks to protect exceed $75,000.

9. The above-described civil action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 Untied States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000 and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28 United States Code Section 1441.

**WHEREFORE**, the defendants request that the above-captioned action now pending in the Court of Common Pleas of Philadelphia County be removed to this Court.

                                      SAGER & SAGER ASSOCIATES
                                      By: _____AS1396_____
                                                Adam Sager, Esquire
                                                Attorney I.D. No. 77527
                                                SAGER & SAGER ASSOCIATES
                                                43 High Street
                                                Pottstown, PA 19464
                                                (610) 323-1328
                                                (610) 323-9336 Facsimile
                                                asager@lawyersager.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLOBAL POWER SOLUTIONS, INC. | : |
| | : No. _____ |
| and | : |
| MERCURY MANAGEMENT, INC. | : |
| v. | : |
| JOSEPH J. SZLAVIK | : |

### AFFIDAVIT OF SERVICE

I, Adam Sager, Esquire, hereby certify that on April 23, 2010 a true and correct copy of the Notice of Removal was served upon all counsel of record via First Class Mail, postage prepaid as follows:

**Neil E. Jokelson, Esquire**
NEIL E. JOKELSON & ASSOCIATES, P.C.
230 South Broad Street, 10th Floor
Philadelphia, PA 19102

        SAGER & SAGER ASSOCIATES
        By: __AS1396_____
            Adam Sager, Esquire
            Attorney I.D. No. 77527
            SAGER & SAGER ASSOCIATES
            43 High Street
            Pottstown, PA 19464
            (610) 323-1328
            (610) 323-9336 Facsimile
            asager@lawyersager.com

April 23, 2010